# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WAYNE BEUHRING, an individual,<br><br>Plaintiff<br><br>vs.<br><br>ANHEUSER-BUSCH IN BEV WORLDWIDE, a California corporation – C3468454 Agent for: CT Corporation,<br><br>Defendant. | Case No.: CV12-06080 JAK (JCGx)<br><br>[Honorable John A. Kronstadt]<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)(A)(ii)]**<br><br>**[Filed Concurrently With Joint Stipulation]** |

1                                                 [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

1  Having read and considered the Parties' Joint Stipulation Re Dismissal of Action
2  with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and good cause appearing
3  therefore, IT IS HEREBY ORDERED that the above-entitled action be dismissed *with*
4  *prejudice*.  IT IS FURTHER ORDERED that this dismissal *with prejudice* applies to
5  both the erroneously named Defendant, Anheuser-Busch In Bev Worldwide, and the
6  proper party to this action, Anheuser-Busch Companies LLC.

8  **IT IS SO ORDERED.**

10 DATED:  October 4, 2012

11 The Honorable John A. Kronstadt

1  Respectfully submitted,

3  DATED: August 24, 2012        NICOLE C. RIVAS
                                 **ALSTON & BIRD LLP**

                                              /s/
                                 _____
                                        Nicole C. Rivas
                                 Attorneys for Defendant
                                 **ANHEUSER-BUSCH COMPANIES, LLC**

LEGAL02/33541783v1